UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00086-CKD |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| ERIC L. HERRERA, | ) ) | DATE: June 23, 2020 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00086-CKD with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on June 23, 2020, is vacated.

IT IS SO ORDERED.

Dated: June 22, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE